993 F.2d 1537
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Edward Lonnie MCCARROLL, Plaintiff-Appellant,
v.
Charles E. HILL, Superintendent; Lee Bounds, Secretary of
Prisons; John Smith, Chaplin of Odom; Mrs.
Caldwell, Bragg St. Superintendent,
Defendants-Appellees.
 No. 93-6291.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: May 3, 1993
Decided: May 28, 1993
 
 Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, District Judge. (CA-92-257-BR)
 Edward Lonnie McCarroll, Appellant Pro Se.
 E.D.N.C.
 DISMISSED.
 Before RUSSELL and HALL, Circuit Judges, and SPROUSE, Senior Circuit Judge.
 PER CURIAM:
 
 OPINION
 
 1
 Edward Lonnie McCarroll filed suit under 42 U.S.C.s 1983 (1988) and sought leave to proceed in forma pauperis. The district court assessed a filing fee in accordance with Evans v. Croom, 650 F.2d 521 (4th Cir. 1981), cert. denied, 454 U.S. 1153 (1982), and dismissed the case without prejudice* when Plaintiff failed to comply with the fee order. Plaintiff appeals. Finding no abuse of discretion, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED
 
 
 *
 Although the district court did not so state, we note that dismissal for failing to pay a filing fee is without prejudice